United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 11-16653-mdc
John F. LaVoy                                                       Chapter 13
Susan I. Finkelstein
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP          Page 1 of 2              Date Rcvd: Sep 16, 2016
                           Form ID: 138NEW       Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2016.
db/jdb      +John F. LaVoy,   Susan I. Finkelstein,   941 S. St. Bernard Place,
             Philadelphia, PA 19143-3310
cr          +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
cr          +The Bank of New Mellon,   14841 Dallas Pkwy,   Suite 300,   Dallas, Tx 75254-7883
12532342    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,   PO Box 15102,
             Wilmington, DE 19886-5102)
12527589    +Bac Home Loans Servicing,   450 American St,   Simi Valley, CA 93065-6285
12602475    +Bank of America, N.A.,   Bankruptcy Department,   Mail Stop TX2-982-03-03,
             7105 Corporate Drive,   Plano, TX 75024-4100
12590955    +Bank of America, N.A.,   c/o Ann E. Swartz, Esquire,   701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
12527591    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
12565632     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
12538068    +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
12527594    +Pnc Bank,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
13407941    +Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
12527595    +Thd/Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
12836423    +The Bank of New York Mellon,   c/o Andrew F. Gornall, Esq,   KML Law Group, P.C.,
             701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
12583183     U.S. Department of Education,   Payment Center,   PO Box 530260,   Atlanta, GA 30353-0260
12594730    +UNIVERSITY OF PENNSYLVANIA SMALL ANIMAL HOSPITAL,   c/o EDWARD L. BERGER, ESQUIRE,
             GORDIN & BERGER, P.C.,   1760 MARKET ST. STE. 600,   PHILADELPHIA PA 19103-4199
12527597    +Us Dept Of Education,   Po Box 5609,   Greenville, TX 75403-5609
12597107    +Verizon,   PO BOX 3037,   Bloomington, IL 61702-3037
12527598    +Verizon Pennsylvania I,   500 Technology Dr,   Weldon Spring, MO 63304-2225
13101792     eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Sep 17 2016 02:08:58   City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2016 02:07:37
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2016 02:08:41    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2016 02:03:10   GE Capital Retail Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
cr           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2016 02:04:16
             Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
             Houston, TX  77210-4457
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2016 02:20:59
             PRA  Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
cr          +E-mail/PDF: rmscedi@recoverycorp.com Sep 17 2016 02:04:36
             Recovery Management Systems Corporation on behalf,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
12527588    +E-mail/Text: gi776@att.com Sep 17 2016 02:06:55   At&T Credit Management,   Po Box 80701,
             Charleston, SC 29416-0701
12564167     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2016 02:04:07
             GE Capital Retail Bank,   c/o B-Line, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
12527593     E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2016 02:03:50   Gemb/Paypal Extras Mc,
             Po Box 981416,   El Paso, TX 79998-1416
12607863    +E-mail/Text: cio.bncmail@irs.gov Sep 17 2016 02:07:06   INTERNAL RWEVENUE SERVICE,
             P O BOX 7346,   PHILADELPHIA PA 19101-7346
13028112     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2016 02:04:44   Midland Funding LLC,
             by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
             Houston, TX  77210-4457
12669809    +E-mail/Text: bknotice@ncmllc.com Sep 17 2016 02:08:27   National Capital Management, LLC.,
             8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
12625371     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2016 02:03:59
             Portfolio Recovery Associates, LLC,   PO BOX 41067,   Norfolk, VA 23541
12577025     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2016 02:03:57
             Portfolio Recovery Associates, LLC,   PO Box 12914,   Norfolk VA 23541
12563731     E-mail/PDF: rmscedi@recoverycorp.com Sep 17 2016 02:04:36
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                      TOTAL: 16

```
District/off: 0313-2              User: PaulP            Page 2 of 2               Date Rcvd: Sep 16, 2016
                                 Form ID: 138NEW        Total Noticed: 36


          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
              Houston, TX  77210-4457
cr*          +National Capital Management, LLC,    8245 Tournament Dr.,    Suite 230,   Memphis, TN 38125-1741
cr*          +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
12527592*    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13028740*     Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
              Houston, TX  77210-4457
12913924*    +National Capital Management, LLC.,    8245 Tournament Drive,    Suite 230,
              Memphis, TN 38125-1741
13363458*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
12973244*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,
              Norfolk, VA 23541)
12527596*    +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
12594731*    +UNIVERSITY OF PENNSYLVANIA SMALL ANIMAL HOSPITAL,    c/o EDWARD L. BERGER, ESQUIRE,
              GORDIN & BERGER,P.C.,    1760 MARKET ST. STE.600,    PHILADELPHIA PA 19103-4199
NONE         ##+Brad J. Sadek,    Sadek Law Offices,    1315 Walnut Street,    Suite 804,
              Philadelphia, PA 19107-4708
12527590     ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
12675513     ##+Sadek Law Offices, LLC,    1315 Walnut Street,    Suite 804,   Philadelphia, PA 19107-4708
12597108     ##+Verizon Wireless,    PO BOX 3397,    Bloomington, IL 61702-3397
                                                                              TOTALS: 0, * 10, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2016 at the address(es) listed below:
```
          ANDREW F GORNALL   on behalf of Creditor    The Bank of New York Mellon, et al...
            agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
            ecfmail@mwc-law.com
          BRAD J. SADEK     on behalf of  Brad J. Sadek brad@sadeklaw.com
          BRAD J. SADEK     on behalf of Joint Debtor Susan I. Finkelstein brad@sadeklaw.com
          BRAD J. SADEK     on behalf of Debtor John F. LaVoy brad@sadeklaw.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@ph1trustee.com,  philaecf@gmail.com
                                                                            TOTAL: 7
```

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: John F. LaVoy and Susan I.
Finkelstein

             Debtor(s)                              Bankruptcy No: 11−16653−mdc

                                                            Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

            900 Market Street
            Suite 400
            Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

            For The Court

            Timothy B. McGrath
            Clerk of Court

Dated: 9/16/16