Certificate Number: 03088-PAE-DE-028264856

Bankruptcy Case Number: 11-16653



03088-PAE-DE-028264856

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 26, 2016</u>, at <u>10:25</u> o'clock <u>AM CDT</u>, <u>John f LaVoy</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 26, 2016</u>           By:    <u>/s/Doug Tonne</u>

                                        Name:  <u>Doug Tonne</u>

                                        Title: <u>Counselor</u>