Certificate Number: 03088-PAE-DE-028264857

Bankruptcy Case Number: 11-16653



03088-PAE-DE-028264857

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 26, 2016, at 10:25 o'clock AM CDT, Susan I Finkelstein completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    October 26, 2016                    By:    /s/Doug Tonne

                                             Name:  Doug Tonne

                                             Title: Counselor