*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                    : Chapter 13

John F. LaVoy and Susan I. Finkelstein                    : Case No. 11–16653–mdc
      Debtor(s)

## *ORDER*
_____

    AND NOW, this day , October 28, 2016 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                                   By The Court

                                   Magdeline D. Coleman
                                   Judge , United States Bankruptcy Court