United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-16653-mdc
John F. LaVoy                                                           Chapter 13
Susan I. Finkelstein
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP          Page 1 of 1          Date Rcvd: Oct 28, 2016
                              Form ID: 195         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2016.
db/jdb         +John F. LaVoy,    Susan I. Finkelstein,    941 S. St. Bernard Place,
                Philadelphia, PA 19143-3310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2016 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon, et al...
       agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
      ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
       ecfmail@mwc-law.com
      BRAD J. SADEK    on behalf of  Brad J. Sadek brad@sadeklaw.com
      BRAD J. SADEK    on behalf of Joint Debtor Susan I. Finkelstein brad@sadeklaw.com
      BRAD J. SADEK    on behalf of Debtor John F. LaVoy brad@sadeklaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                 TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

John F. LaVoy and Susan I. Finkelstein  : Case No. 11−16653−mdc

    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , October 27, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Magdeline D. Coleman
    Judge , United States Bankruptcy Court

72
Form 195